1
2
3
4
5

The Honorable Mary Jo Heston
Chapter 13
Hearing Location: 1717 Pacific Avenue,
Tacoma, WA 98402,
Courtroom H
Hearing Date: September 6, 2018
Hearing Time: 11:00 a.m.
Response Date: August 30, 2018

6

7

8

9                 UNITED STATES BANKRUPTCY COURT

10          WESTERN DISTRICT OF WASHINGTON  - TACOMA DIVISION

11

| | |
|---|---|
| 12  In Re: | ) Case No.: 13-44659-MJH |
| | ) |
| 13  Timothy Michael Bowen, | ) CHAPTER 13 |
| Stacie Ann Bowen, | ) |
| 14 | ) |
| | ) **NOTICE OF HEARING ON BSI** |
| 15          Debtors. | ) **FINANCIAL SERVICES ("LOAN** |
| | ) **SERVICER") AS THE SERVICER FOR** |
| 16 | ) **U.S. BANK TRUST NATIONAL** |
| | ) **ASSOCIATION, AS TRUSTEE OF THE** |
| 17 | ) **IGLOO SERIES III TRUST's MOTION** |
| | ) **FOR RELIEF FROM THE AUTOMATIC** |
| 18 | ) **STAY** |
| | ) |
| 19 | ) |

20

21                           NOTICE OF HEARING

22          PLEASE TAKE NOTICE BSI Financial Services ("Loan Servicer") as the servicer for

23   U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust, its successors

24   and/or assignees ("CREDITOR")'S motion seeking Relief form the Automatic Stay (the

25   "Motion") is SET FOR HEARING AS FOLLOWS:

26   ////

27   ////

28

Notice of Motion for Relief– Page 1

The Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tele: 949-427-2010

1 | Judge: Mary Jo Heston                    Time: 9:00 AM

2 | Place: 1717 Pacific Avenue              Date: September 6, 2018

3 | Tacoma, WA 98402

4 | Courtroom H

5 |      IF YOU OPPOSE the Motion, you must file your written response with the Clerk's

6 | office of the bankruptcy court and deliver copies to the undersigned NOT LATER THAN THE

7 | RESPONSE DATE, which is  August 30, 20118.  IF NO RESPONSE IS TIMELY FILED

8 | AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE

9 | HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

10 |

11 |

12 |

13 | Dated: August 8, 2018                    Respectfully Submitted,

14 |                            THE LAW OFFICES OF MICHELLE GHIDOTTI

15 |                            /s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq. WSBA #47798

16 | Counsel for U.S. Bank Trust National Association, as
Trustee of the Igloo Series III Trust, its successors and/or

17 | assignees

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Notice of Motion for Relief– Page 2

The Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tele: 949-427-2010