Law Offices of Travis A. Gagnier, Inc. P.S.
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
253-941-0234; gagnierecf@bestbk.com

Judge Mary Jo Heston
CHAPTER 13
Hearing Date: September 6, 2018
Hearing Time: 11:00 a.m.
Response Date: August 30, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

IN RE:

BOWEN, Timothy and Stacie,

    Debtors.

No. 13-44659

DEBTORS' RESPONSE TO MOTION FOR RELIEF FROM STAY BY US BANK TRUST NATIONAL ASSOCIATION and PROOF OF SERVICE

COME NOW, the Debtors, by and through their attorney, Travis A. Gagnier, and respond to the Motion for Relief from Stay by US Bank Trust National Association (hereafter "Creditor").

Debtors have been making their payments each month. They have reviewed the payment history provided by the Creditor and their own records. The pay history provided with the motion for relief from stay shows that Debtors have made a payment every month since at least October 2016. There is no basis for the motion. The Debtors have been and are paying.

Creditor has advised Debtors' counsel that it cannot provide a pay history from the prior servicer for July 1, 2013, through October 4, 2016. Therefore, it cannot meet its burden of proof as the movant in this matter. There is no evidence before the Court, or evidently available to Creditor, that establishes the debtors are behind on their mortgage payments to Creditor. The bald assertion by the Declarant on the affidavit attached to the motion is not supported by the attached pay history.

Because it cannot meeting its burden of proof, or produce evidence of its claims, Creditor's motion for relief from stay should be denied.

Respectfully submitted this 30th day of August 2018.

    /s/ Travis A. Gagnier
    Travis A. Gagnier, #26379
    Attorney for Debtors

DEBTORS' RESPONSE TO MOTION
FOR RELIEF FROM STAY and
PROOF OF SERVICE - 1

LAW OFFICES OF TRAVIS
GAGNIER, INC., P.S.
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234; gagnierecf@bestbk.com

## PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that I filed the original of the foregoing with the United States Bankruptcy Court in Tacoma and served a true copy thereof to:

| | |
|---|---|
| Mary Jo Heston | US Bank Trust National Association |
| Chapter 13 Trustee | c/o Law Offices of Michelle Ghidotti |

via ECF, and to:

    Debtors

via U.S. first-class mail, postage pre-paid, on the 30th day of August 2018.

    /s/ Shari L. Moody
    Shari L. Moody
    Sr. Paralegal

DEBTORS' RESPONSE TO MOTION
FOR RELIEF FROM STAY and
PROOF OF SERVICE - 2

LAW OFFICES OF TRAVIS
GAGNIER, INC., P.S.
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234; gagnierecf@bestbk.com