**Below is the Order of the Court.**

_____
**Mary Jo Heston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

___

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON  - TACOMA DIVISION

| | |
|---|---|
| In Re:<br><br>Timothy Michael Bowen,<br>Stacie Ann Bowen,<br><br>　　　　Debtors. | Case No.: 13-44659-MJH<br><br>CHAPTER 13<br><br>**STIPULATED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

　　This matter came before the Court on the Motion for Relief from Automatic Stay filed by U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust, its successors and/or assignees ("Creditor").  Based upon the record on file and the representations made to the court, IT IS HEREBY ORDERD:

Order– Page 1

The Law Offices of Michelle Ghidotti
1920 Old Tustin Avenue
Santa Ana, CA 92705
Tele: 949-427-2010

1. This Order affects the real property located at **11501 215th Avenue East, Sumner, WA 98391** (the "Property").
2. The automatic stay is terminated as to Movant. Movant may pursue all remedies under state law in connections with the Property and security interest, and may commence or continue any action necessary to obtain complete possession of the Property free and clear of claims of the bankruptcy estate.
3. Movant, at its option, may offer, provide and enter into any potentioal forbearances agreement, loan modification, refinance agreement or other loan workout/;oss mitigation agreement as allowed by state law. Movant may contact Debtors via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.
4. The relief granted herein shall be binding and of full force and effect in any conversion of this case to any other chapter. A conversion to another chapter does not stay or enjoin the effect of this Order, or prevent Movant from foreclosing and selling the Property, and recovering its costs, unless other ordered by this Court.

///END OF ORDER///

Submitted by:

THE LAW OFFICES OF MICHELLE GHIDOTTI

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq. WSBA #47798
Counsel for U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

The Offices of Travis Gagnier, Inc., PS

 /s/ Travis A. Gagnier
Travis A. Gagnier
Counsel for Debtors

Order– Page 2

The Law Offices of Michelle Ghidotti
1920 Old Tustin Avenue
Santa Ana, CA 92705
Tele: 949-427-2010

Case 13-44659-MJH    Doc 64    Filed 09/07/18    Ent. 09/07/18 14:03:19    Pg. 2 of 4

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON, TACOMA

| | |
|---|---|
| In re: | **CHAPTER 13 BANKRUPTCY** |
| Timothy Michael Bowen<br>Stacie Ann Bowen | **CASE NO.: 13-44659-MJH** |
| | CERTIFICATE OF SERVICE |
| Debtor. | |

I, Krystle Miller, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business is 1920 Old Tustin Ave., Santa Ana, CA 92705.

On *September 6, 2018* I served the foregoing document(s) described as;

- STIPULATED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The above listed document(s) were served on the interested parties in this action as follows;

*via US Mail:*

| | |
|---|---|
| Debtor<br>Timothy Michael Bowen<br>11501 215th Ave E<br>Bonney Lake, WA 98391 | Debtor's Counsel<br>Travis A. Gagnier<br>Law Offices of Travis Gagnier, Inc., PS<br>33507 9th Ave S Bldg F<br>PO Box 3949<br>Federal Way, WA 98063-3949 |
| Joint Debtor<br>Stacie Ann Bowen<br>11501 215th Ave E<br>Bonney Lake, WA 98391 | |
| Trustee<br>Michael G. Malaier<br>1551 Broadway, Ste 600<br>Tacoma, WA 98402 | US Trustee<br>United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101 |

Certificate of Service
Page 1

**LAW OFFICES OF MICHELLE GHIDOTTI**
**MICHELLE R. GHIDOTTI-GONSALVES**
**1920 O**LD **T**USTIN **A**VE
**S**ANTA **A**NA**, CA 92705**
**TELEPHONE (949) 427-2010**

1  ///
2  ///
3  ///
   Dated: September 6, 2018
4

5  /s/Krystle Miller
   Krystle Miller
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service
Page 2

**LAW OFFICES OF MICHELLE GHIDOTTI**
**MICHELLE R. GHIDOTTI-GONSALVES**
**1920 OLD TUSTIN AVE**
**SANTA ANA, CA 92705**
**TELEPHONE (949) 427-2010**